No. 10-463. Don Addington, et al., In-
dividually and on Behalf of All Oth-
ers Similarly Situated, Petitioners
v. US Airline Pilots Association.

562 U.S. 1136, 131 S. Ct. 908, 178 L. Ed.
2d 750, 2011 U.S. LEXIS 550.

January 10, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Ninth Circuit denied.

Same case below, 606 F.3d 1174.

No. 10-471. Tonya C. Miller-Goodwin,
Petitioner v. City of Panama City
Beach, Florida.

562 U.S. 1136, 131 S. Ct. 908, 178 L. Ed.
2d 750, 2011 U.S. LEXIS 285.

January 10, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Eleventh Circuit denied.

Same case below, 385 Fed. Appx. 966.

No. 10-502. Joseph Dixon, Petitioner
v. Deutsche Bank National Trust
Company, et al.

562 U.S. 1136, 131 S. Ct. 909, 178 L. Ed.
2d 750, 2011 U.S. LEXIS 106,

January 10, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Eighth Circuit denied.

Same case below, 360 Fed. Appx. 703.

No. 10-503. John E. Erickson, et ux.,
Petitioners v. City of Auburn, Wash-
ington.

562 U.S. 1136, 131 S. Ct. 909, 178 L. Ed.
2d 750, 2011 U.S. LEXIS 288.

January 10, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Ninth Circuit denied.

Same case below, 361 Fed. Appx. 750.

No. 10-505. Mary Jane Stevens, Peti-
tioner v. Andrew Myers Estate.

562 U.S. 1136, 131 S. Ct. 909, 178 L. Ed.
2d 750, 2011 U.S. LEXIS 381,

January 10, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Eleventh Circuit denied.

No. 10-510. Odis L. Tabor, Petitioner v.
Freightliner of Cleveland, LLC.

562 U.S. 1136, 131 S. Ct. 909, 178 L. Ed.
2d 750, 2011 U.S. LEXIS 369.

January 10, 2011. Petition for writ of
certiorari to the United States Court of
Appeals for the Fourth Circuit denied.

Same case below, 388 Fed. Appx. 321.

No. 10-518. Andrea L. Holman, Per-
sonal Representative of the Estate
of Linda Clippert, Deceased, Peti-
tioner v. Mark Rasak.

562 U.S. 1136, 131 S. Ct. 913, 178 L. Ed.
2d 750, 2011 U.S. LEXIS 173.

January 10, 2011. Petition for writ of
certiorari to the Supreme Court of Michi-
gan denied.

Same case below, 486 Mich. 429, 785
N.W.2d 98.